Gargaphe, J

EXHIBIT A

UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/2/17

DAVID DICARLO, et al., )
)
)
Plaintiff, )   Case No. 17-cv-00486 (PGG)
)
vs. )   STIPULATION OF
)   DISMISSAL WITH PREJUDICE
THE CARNEGIE HALL )
CORPORATION, )
)
Defendant. )
)

Plaintiff and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made and each party to bear its or their own fees and costs.

Date: May 26, 2017

_____
C.K. Lee, Esq.
LEE LITIGATION GROUP, PLLC
30 East 39th Street, Second Floor
New York, NY 10016
E-mail: cklee@leelitigation.com
Phone: (212) 465-1188
*Attorneys for Plaintiff*

_____
Shira M. Blank, Esq.
EPSTEIN, BECKER & GREEN, P.C.
250 Park Ave.
New York, NY 10177
Email: sblank@ebglaw.com
Phone: (212) 351-4694
*Attorneys for Defendant*

SO ORDERED:

_____
Hon. Paul G. Gardephe, U.S.D.J.

Date: June 2, 2017